AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)



| 1. Person Reporting (last name, first, middle initial)  Johnson, William P. | 2. Court or Organization  District Court - New Mexico | 3. Date of Report  06/17/2009 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U. S. District Judge | 5a. Report Type (check appropriate type)  ☐ Nomination,   Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008  to  12/31/2008 |
|---|---|---|

| 7. Chambers or Office Address  U. S. District Court  333 Lomas Blvd., NW, #640  Albuquerque, NM 87102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |
|---|---|

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Conservator | Estate #1 |
| 2. Board Member | Great Southwest Council, Boy Scouts of America |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2008 | NM State Employees Pension Fund; pension at age 64; no control |
| 2. | |
| 3. | |

RECEIVED 2009 JUN 18 A 10: 24 FINANCIAL DISCLOSURE OFFICE

Johnson, William P

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, William P. | 06/17/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | UNM Law School - teaching | $2,528.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | State of New Mexico, retirement pension |
| 2. 2008 | Self employed consultant in the juvenile justice field |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. W&L Univ. School of Law | October 15-17, 2008 | Lexington, VA | Moot Court, teaching | airfare, meals, lodging, rental car reimbursement |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, William P. | 06/17/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase | credit card | K |
| 2. American Express | credit card | J |
| 3. Ed Financial | Student loan | J |
| 4. NM Bank & Trust | unsecured line of credit | K |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, William P. | 06/17/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Acct/Wells Fargo | A | | | | | | | | |
| 2. Wells Fargo Bank | A | Interest | J | T | | | | | |
| 3. F&S Asset Management Group, Inc. (IRA custodian) | | | | | | | | | |
| 4. --Apache Corp. com stock | A | Dividend | J | T | | | | | |
| 5. --Bank of Amer. com stock | A | Dividend | J | T | | | | | |
| 6. --Bank of Amer. com stock | A | Dividend | J | T | Buy | 6/11 | J | | |
| 7. --Chevron Corp. com stock | A | Dividend | J | T | | | | | |
| 8. --Coca Cola com stock | A | Dividend | J | T | | | | | |
| 9. --Ebay com stock | | None | J | T | | | | | |
| 10. --Exxon Mobile com stock | A | Dividend | K | T | | | | | |
| 11. --Ford Motor Co. com stock | | None | J | T | | | | | |
| 12. --Freeport McMoran Inc. com stock | A | Dividend | J | T | | | | | |
| 13. --General Electric com stock | A | Dividend | J | T | | | | | |
| 14. --Intel com stock | A | Dividend | J | T | | | | | |
| 15. --Microsoft com stock | A | Dividend | J | T | | | | | |
| 16. --Peabody Ener. com. stock | A | Dividend | J | T | | | | | |
| 17. --Patriot Coal Corp. com. stock | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, William P. | 06/17/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Pfizer Corp. com stock | A | Dividend | J | T | | | | | |
| 19. --Proctor & Gamble c.stock | A | Dividend | J | T | | | | | |
| 20. US Bancorp com stock | A | Dividend | J | T | | | | | |
| 21. United Parcel Service com stock | A | Dividend | J | T | | | | | |
| 22. --Touchstone Money Market Class S (T MSXX) | A | Dividend | K | T | Sold | 4/08 | J | A | |
| 23. --Fidelity Cash Reserves (FDRXX) | A | Dividend | J | T | Buy | 4/08 | J | | |
| 24. --IShares TR MSC EAFE Index Fd. (EFA) | A | Dividend | J | T | | | | | |
| 25. --Streettracks Gold TR SHS (GLD) | A | Dividend | J | T | | | | | |
| 26. --Proshares TR Ultra S&P 500 (SSO) | A | Dividend | J | T | | | | | |
| 27. Custodial Account #1 | | | | | | | | | |
| 28. --American Cent. Select Fund | A | Dividend | J | T | | | | | |
| 29. Custodial Account #2 | | | | | | | | | |
| 30. --American Cent. Select Fund | A | Dividend | J | T | | | | | |
| 31. Custodial Account #3 | | | | | | | | | |
| 32. Estate #1 (Conservatorship) | | | | | | | | | |
| 33. --Bank of America (various accounts) | F | Interest | J | T | | | | | |
| 34. --Bank of America, certificates of deposit | F | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, William P. | 06/17/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.     --Rental Property #1 | | None | N | W | Sold | 11/08 | M | | Kiva Assets, LLC |
| 36.     --Rental Property #2 | D | Rent | M | W | | | | | |
| 37.     --Real Estate Contract | B | Distribution | M | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I, Line 1: Court appointed Conservator for ██████████████. No compensation.

Part VII. Investments and Trusts:

--Line 1: Brokerage account/Wells Fargo only has a small sum of cash, as all stocks in the account were sold during previous reporting period (2007). Additionally, the cash value in this account is below the minimum threshold reporting requirement.

--Line 3: The entity identified in Line 3 is the IRA custodian. The assets listed in lines 4-26 are the assets within the IRA.

--Line 35: Litigation was initiated in 2007 to recover assets of conservatee. In 2008, a settlement was reached involving the rental property referenced in line 35 situated in Albuquerque, Bernaillio County, New Mexico. Part of the settlement included the sale of the property referenced in line 35 to Kiva Assets, LLC. During the reporting period, no income was generated from this rental property. The net proceeds from the sale and the settlement agreement were deposited in the conservatorship accounts identified in lines 33 and 34.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES ~~REPORT MAY BE SUBJECT~~ TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544